USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/14/2023

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------X

GERARDO CORDOVA GONZALEZ,
individually and on behalf of others similarly
situated,

              *Plaintiff*,

-against-

AMERICA'S FINEST DELI, CORP. (D/B/A
AMERICA'S FINEST DELI) and TAHER
NAMER,

              *Defendants,*
---------------------------------------------------------X

Index No.: 1:22-cv-08212-VEC

~~(PROPOSED)~~ **JUDGMENT**

    WHEREAS on or about September 13, 2023, Defendants AMERICA'S FINEST DELI, CORP. (D/B/A AMERICA'S FINEST DELI) and TAHER NAMER extended to Plaintiff GERARDO CORDOVA GONZALEZ an offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure in the amount of <u>Twenty Thousand Dollars and Zero Cents ($20,000.00)</u>, and whereas said Plaintiff accepted said offer on or about September 13, 2023.

    JUDGMENT shall be entered in favor of said Plaintiff against said Defendants in the amount of <u>Twenty Thousand Dollars and Zero Cents ($20,000.00).</u>

> The Clerk of Court is respectfully directed to close any open motions and to close the case.

    Dated: New York, New York

          <u>  September 14  </u>, 2023

                                                           _____
                                                           JUDGE VALERIE E. CAPRONI